ORIGINAL


FILED
SEP 07 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1 DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
2 P O BOX 50013
SAN JOSE, CA 95150-0013
3
Telephone: (408) 354-4413
4 Facsimile: (408) 354-5513

5 Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
RAMON A MARTINEZ ) Case No. 08-52367 CN
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497127 for an unclaimed dividend in the amount of $5.59. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    RAMON A MARTINEZ
    211 13TH WEST AVE
    DELANO, CA 93215

Dated: September 02, 2011

DEVIN DERHAM-BURK, TRUSTEE

Case: 08-52367   Doc# 54   Filed: 09/07/11   Entered: 09/13/11 13:18:46   Page 1 of 1
08-52367 CN - Notice of Unclaimed Dividend